IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02172-WDM-CBS

VICKI R. DILLARD-CROWE,

    Plaintiff,

v.

CITIBANK, N.A., as Trustee, et al.,

    Defendants.

## ORDER DISCHARGING SHOW CAUSE ORDER

Miller, J.

This matter is before me on Plaintiff's Response to Court's Order to Show Cause (doc no 20). On March 5, 2008, I ordered Plaintiff to show cause why she had not responded to motions to dismiss filed by Defendants on November 29, 2007 (doc no 5) and November 30, 2007 (doc no 6). In her response, Plaintiff explains that she believed the motions were moot because of her subsequently-filed motion for leave to file an amended complaint (doc no 9). Defendant Diane Bailey confessed the motion for leave to amend (doc no 11) and filed a motion to dismiss the amended complaint (doc no 12); the other defendants, however, did not. Plaintiff argues that because her motion to amend was filed before any responsive pleadings were filed, Plaintiff's amendment is of right under Fed. R. Civ. P. 15(a).

I agree with Plaintiff that pursuant to Fed. R. Civ. P. 15(a)(1) she was permitted to amend her complaint as a matter of course before being served with a responsive

pleading. A responsive "pleading" is defined by reference to Rule 7(a), which provides that a pleading includes a complaint, an answer, a reply to a counterclaim, an answer to a cross-claim, a third party complaint, and an answer to a third party complaint. *Glenn v. First Nat'l Bank in Grand Junction*, 868 F.2d 368, 370 (10th Cir. 1989). Since none of the defendants has filed an answer, Plaintiff did not require leave of the court to file her amended complaint and her amended complaint is now the operative pleading.

Accordingly, it is ordered:

1. The Order to Show Cause (doc no 20) is discharged.

2. The motions to dismiss filed November 29, 2007 and November 30, 2007 (doc nos 5 and 6) are denied as moot.

3. If they have not already responded to the amended complaint, Defendants shall file a responsive pleading or motion pursuant to Fed. R. Civ. P. 12 within 10 days of the date of issuance of this order.

DATED at Denver, Colorado, on April 21, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge