IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02172-WDM-CBS

VICKI R. DILLARD-CROWE,
    Plaintiff,
v.

CITIBANK N.A., as Trustee,
AVELO MORTGAGE, LLC, and
DIANE BAILEY, in her personal capacity and in her official capacity as the Douglas County Public Trustee,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This matter comes before the court on Ms. Dillard-Crowe's "Motion for Leave to Amend Complaint" (filed December 14, 2007) (doc. # 9). Pursuant to the Order of Reference dated October 18, 2007 (doc. # 2) and the memorandum dated December 17, 2007 (doc. # 10), this matter was referred to the Magistrate Judge. The court has reviewed the pending matter, the entire case file and the applicable law and is sufficiently advised in the premises.

> In an Order dated April 21, 2008, District Judge Miller
>
> agree[d] with Plaintiff that pursuant to Fed. R. Civ. P. 15(a)(1) she was permitted to amend her complaint as a matter of course before being served with a responsive pleading . . . Since none of the Defendants has filed an answer, Plaintiff did not require leave of the court to file her amended complaint and he amended complaint is now the operative pleading.

(*See* doc. # 24). Accordingly, in light of Judge Miller's April 21, 2008 Order,

1

IT IS ORDERED that:

1. Ms. Dillard-Crowe's "Motion for Leave to Amend Complaint" (filed December 14, 2007) (doc. # 9) is MOOT.

2. The proposed Amended Complaint (received December 14, 2007) (doc. # 9-2) is accepted for filing as of April 21, 2008, the date of Judge Miller's Order.

DATED at Denver, Colorado, this 20th day of May, 2008.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge