IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02172-WDM-CBS

VICKI R. DILLARD-CROWE,

    Plaintiff,

v.

CITIBANK N.A.,
AVELO MORTGAGE,
DIANE (I) BAILEY,
DIANE BAILEY,

    Defendants.

## ORDER

Attached to this order is Plaintiff's August 13, 2008 personal letter to me concerning her litigation in this court. As such, it is an *ex parte* communication in violation of Local Rule D.C.COLO.LCivR 77.2. Being a *pro se* litigant does not excuse such improper conduct but does make necessary an appropriate order to avoid further violations.

It is therefore ordered that:

1. No party shall communicate in any manner with me or the court other than by appropriate pleading filed in accordance with the Federal Rules of Civil Procedure and this court's local rules.

2. Any further improper communication will be stricken and subject the party to appropriate sanctions, including possible dismissal of the party's claims.

DATED at Denver, Colorado, on August 15, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge